UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――x
WATERFORD TOWNSHIP POLICE & FIRE : Civil Action No. 1:14-cv-03876-LTS
RETIREMENT SYSTEM, Individually and on :
Behalf of All Others Similarly Situated, : RULE 7.1 STATEMENT
:
Plaintiffs, :
:
vs. :
:
REGIONAL MANAGEMENT CORP., :
PALLADIUM EQUITY PARTNERS III, L.P., :
PALLADIUM EQUITY PARTNERS III, :
L.L.C., PARALLEL 2005 EQUITY FUND, :
LP, PARALLEL 2005 EQUITY PARTNERS, :
LP, THOMAS F. FORTIN, C. GLYNN :
QUATTLEBAUM, DONALD E. THOMAS, :
DAVID PEREZ, ROEL C. CAMPOS, :
RICHARD T. DELL'AQUILA, RICHARD A. :
GODLEY, JARED L. JOHNSON, ALVARO :
G. DE MOLINA, CARLOS PALOMARES, :
ERIK A. SCOTT, STEPHENS INC., KEEFE, :
BRUYETTE & WOODS, INC., BMO :
CAPITAL MARKETS CORP., JMP :
SECURITIES LLC and FBR CAPITAL :
MARKETS & CO., :
:
Defendants. :
:
―――――――――――――――――――――――x

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs (private non-governmental parties) certify that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: NONE.

DATED: June 5, 2014

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
MARY K. BLASY

    */s/ Samuel H. Rudman*
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
mblasy@rgrdlaw.com

VANOVERBEKE MICHAUD
  & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)

*Attorneys for Plaintiff*