UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
WATERFORD TOWNSHIP POLICE & FIRE
RETIREMENT SYSTEM, individually and on
behalf of all others similarly situated,
                          Plaintiffs,

-v-

REGIONAL MANAGEMENT CORP., et al.,
                          Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/17

14 **CIVIL** 3876 (LTS)

**JUDGMENT**

      Whereas this action having come before the Court, and on March 30, 2016, this Court granted motions to dismiss by all named Defendants, concluding that the operative Second Amended Complaint ("SAC") failed to state a claim, and Plaintiffs requested, and were granted permission to file a motion for leave to amend the complaint in light of the Court's decision. Plaintiffs now having moved for leave to file their proposed Third Amended Complaint ("TAC"), and the matter having come before the Honorable Laura Taylor Swain, United States District Judge, and the Court, on January 27, 2017, having rendered its Memorandum Opinion and Order denying as futile Plaintiffs' motion for leave to amend; and directing the Clerk of Court to enter judgment dismissing the Second Amended Complaint with prejudice, and to close this case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated January , 2017, Plaintiffs' motion for leave to amend is denied as futile; and judgment is entered dismissing the Second Amended Complaint with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
         January 30, 2017

                                                  **RUBY J. KRAJICK**

                                                    Clerk of Court
                         BY: _____
                                                      **Deputy Clerk**