UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────── x
                                  :
WATERFORD TOWNSHIP POLICE & FIRE  :    Civil Action No. 14 Civ. 3876 (LTS)(FM)
RETIREMENT SYSTEM, Individually and on :
Behalf of All Others Similarly Situated, :    CLASS ACTION
                                  :
                                  :    NOTICE OF APPEAL
                Plaintiff,        :
                                  :
      vs.                         :
                                  :
REGIONAL MANAGEMENT CORP.,        :
PALLADIUM EQUITY PARTNERS III, L.P., :
PALLADIUM EQUITY PARTNERS III,    :
L.L.C., PARALLEL 2005 EQUITY FUND, :
LP, PARALLEL 2005 EQUITY PARTNERS, :
LP, THOMAS F. FORTIN, C. GLYNN    :
QUATTLEBAUM, DONALD E. THOMAS,    :
DAVID PEREZ, ROEL C. CAMPOS,      :
RICHARD T. DELL'AQUILA, RICHARD A. :
GODLEY, JARED L. JOHNSON, ALVARO  :
G. DE MOLINA, CARLOS PALOMARES,   :
ERIK A. SCOTT, STEPHENS INC., KEEFE, :
BRUYETTE & WOODS, INC., BMO       :
CAPITAL MARKETS CORP., JMP        :
SECURITIES LLC and FBR CAPITAL    :
MARKETS & CO.,                    :
                                  :
                Defendants.       :
                                  :
───────────────────────────────── x

Notice is hereby given that Waterford Township Police & Fire Retirement System and City of Roseville Employees' Retirement System, lead plaintiffs in this case, on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered by the Clerk of the Court on January 30, 2017 in favor of the defendants [D.E. No. 103]. This Notice encompasses the Judgment, as well as all prior and subsequent rulings related to or merged into the Judgment, including: the Memorandum Opinion and Order, entered on January 27, 2017, that denied plaintiffs' motion for leave to amend and to file a Third Amended Complaint and directed the entry of judgment dismissing the Second Amended Complaint with prejudice [D.E. No. 102]; and the Opinion and Order, entered on March 30, 2016, that granted defendants' motions to dismiss [D.E. No. 84]. This appeal is taken from the entirety of the Judgment and the Memoranda and Orders described herein, as well as each and every adverse aspect thereof.

DATED:  March 1, 2017                ROBBINS GELLER RUDMAN
                                                                            & DOWD LLP
                                                                            SAMUEL H. RUDMAN
                                                                            JOSEPH RUSSELLO
                                                                            AVITAL O. MALINA

                                                                                        */s/ Samuel H. Rudman*
                                                                            SAMUEL H. RUDMAN

                                                                           58 South Service Road, Suite 200
                                                                           Melville, NY  11747
                                                                           Telephone:  631/367-7100
                                                                           631/367-1173 (fax)
                                                                           srudman@rgrdlaw.com
                                                                           jrussello@rgrdlaw.com
                                                                           amalina@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DOUGLAS WILENS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
dwilens@rgrdlaw.com

*Lead Counsel and Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Samuel H. Rudman, hereby certify that on March 1, 2017, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Samuel H. Rudman*
SAMUEL H. RUDMAN